# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINERVA SILVA, an individual, | Case No.: **2:24-cv-03234-WBS-JDP** |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL** |
| MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive, | |
| Defendant. | |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The Court hereby retains jurisdiction to enforce and require compliance with the terms of the settlement agreement entered into by the parties. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: November 6, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE